# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Jeffrey H.[1],                                                  Case No. 25-cv-00425 (JRT/DJF)

                        Plaintiff,

v.                                                             **ORDER**

Frank Bisignano,
*Commissioner of Social Security*,

                        Defendant.

---

      This matter is before the Court on Plaintiff's Motion for Attorney Fees ("Fee Motion"). (ECF No. 17.)   Plaintiff seeks $5,670.21 in fees following remand of this action to the Commissioner for further administrative proceedings based on the parties' stipulation (*see* ECF No. 11).  Defendant does not oppose the Fee Motion or the amount claimed.  (ECF No. 23.)

      Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A) ("EAJA"), and based on the parties' agreement, the Court grants the Fee Motion.  The Government shall pay Plaintiff $5,670.21 in attorney fees.  In accordance with *Astrue v. Ratliff,* 560 U.S. 586 (2010), the EAJA fees may be subject to offset to satisfy any preexisting debt Plaintiff may owe the United States.  If, after receiving the Court's EAJA fee order, the Commissioner: (1) determines Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program; and (2) agrees to waive the requirements of the Anti-Assignment Act, then the EAJA fees will be made payable to the law firm of Plaintiff's attorney, **Greeman Toomey PLLC**.  However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be

---

[1] This District has adopted a policy of using only the first name and last initial of any nongovernmental parties in orders in Social Security matters.

paid by check made out to Plaintiff.

Any checks issued for payment (regardless of whether the check is made out to Plaintiff or to the law firm of Plaintiff's attorney), shall be delivered to the law firm of Plaintiff's attorney at **Greeman Toomey PLLC, 250 Second Avenue South, Suite 120, Minneapolis, MN 55401.**

Dated: September 5, 2025

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge