**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JEFFREY ALLEN HEIZLER,

Plaintiff,

v.

FRANK BISIGNANO, *Commissioner of Social Security*,

Respondent.

Civil No. 25-425 (JRT/DJF)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

James H. Greeman, **GREEMAN TOOMEY**, 250 Second Avenue South, Suite 120, Minneapolis, MN 55401, for Plaintiff.

Ana H. Voss, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, and

James D. Sides, Lisa Smoller, and Sophie Doroba, **SOCIAL SECURITY ADMINISTRATION**, 6401 Security Boulevard, Baltimore MD 21235, for Respondent.

On September 23, 2026, Plaintiff Jeffrey Allen Heizler filed a Motion for Attorney's Fees. (Docket No. 34.) On October 22, 2026, Petitioner filed an additional Motion for Attorney's fees. (Docket No. 45.) On November 2, 2026, Magistrate Judge Dulce J. Foster issued a Report and Recommendation (R&R) recommending that the more recent Motion for Attorney Fees (at Docket No. 45) be granted and the Motion for Attorney's Fees (at Docket No. 34) be denied as moot. (R&R, Docket No. 50.) The Respondent did not object to the R&R. Therefore, the Court will adopt the Report and Recommendation.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge (Docket No. [50]) is **ADOPTED**;
2. Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b) (Docket No. [45]) is **GRANTED**; and
3. Plaintiff's Motion for Attorney Fees under 42 U.S.C. § 406(b) (Docket No. [34]) is **DENIED as moot**.
4. Plaintiff's counsel is awarded $15,752.75 in fees, reduced by the Court's original EAJA fee award of $5,670.21, for a net fee of $10,082.54 (or the withheld amount if less), to be paid from Plaintiff's past-due benefits pursuant to 42 U.S.C. § 406(b) in accordance with agency policy.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

DATED: November 25, 2026
at Minneapolis, Minnesota.

/s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge